# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3125
L.T. Case No. 09-2024-CA-455-A

_____

JASON C. TUREM,

    Appellant,

    v.

CITRUS COUNTY JAIL, CORE
CIVIC and CORE CIVIC CHIEF
FARREL,

    Appellees.

_____

On appeal from the Circuit Court for Citrus County.
Caroline Anne Falvey, Judge.

Jason C. Turem, Lecanto, pro se.

No Appearance for Appellees.

December 23, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and WALLIS and JAY, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————